IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL INSTITUTE OF AESTHETIC ARTS & BEAUTY, LLC, | § § § § | |
| Plaintiffs, | § § § | CIVIL ACTION NO._____ |
| v. | § § | On removal from the County Civil Court at Law No. 6 of |
| MIDVALE INDEMNITY COMPANY AND GALLAGER BASSET SERVICE, INC. | § § § § | Collin County, Texas Cause No. 006-00090-2023 |
| Defendant. | | |

**INDEX OF MATTERS BEING FILED**

1. Civil Cover Sheet;

2. Index of Matters Being Filed (Exhibit A);

3. Citation of Service on Defendant Midvale Insurance Company and Plaintiff's Original Petition (Exhibit B);

4. Defendant's Original Answer and Notice of Application for Jury Trial (Exhibit C);

5. Plaintiff's Second Amended Disclosures (Exhibit D);

6. Company Summary from the Texas Department of Insurance; (Exhibit E);

7. Docket Sheet (Exhibit F);

8. Plaintiff's Notice of Non-Suit with Prejudice (Exhibit G); and

9. List of counsel of record and certificate of interested parties (Exhibit H) (The only orders signed by the state court judge were a Motion for Continuance the Plaintiff's Notice of Non-Suit with Prejudice of Gallagher Bassett Services, Inc.).

Exhibit A

                Respectfully submitted,

                **THE HUDGINS LAW FIRM, P.C.**

By:    /s/ *Steven F. Hudgins*
        Steven F. Hudgins
        Attorney in Charge
        State Bar Number 00793993
        Southern District Bar No. 19623
        24 Greenway Plaza, Suite 2000
        Houston, Texas 77046
        Telephone (713) 623-2550
        Facsimile (713) 623-2793
        shudgins@hudgins-law.com

        **ATTORNEY FOR DEFENDANT,**
        **MIDVALE INDEMNITY COMPANY**