IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL INSTITUTE OF AESTHETIC ARTS & BEAUTY, LLC, | § § § § § § § § § § § § § § | |
| Plaintiffs, | | CIVIL ACTION NO.4:23-cv-841 |
| v. | | On removal from the County Civil Court at Law No. 6 of |
| MIDVALE INDEMNITY COMPANY AND GALLAGER BASSET SERVICE, INC. | | Collin County, Texas Cause No. 006-00090-2023 |
| Defendant. | | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, INTERNATIONAL INSTITUTE OF AESTHETIC ARTS & BEAUTY, LLC, and Defendant, MIDVALE INDEMNITY COMPANY, hereby provides written notice to the Court that the parties have resolved all matters in dispute with regard to this lawsuit.

The Parties are in the process of preparing and executing appropriate release and dismissal documents. It is anticipated this process will take no longer than sixty (60) days.

Accordingly, the parties request that the Court stay litigation for the next 60 days pending the Parties filing an agreed motion to dismiss with prejudice in this case as soon as settlement is funded, and release documents are fully negotiated and executed.

        Respectfully submitted,

        **THE CEDRICK D. FORREST LAW FIRM**

By:    */s/ Cedrick D. Forrest*_____
        Cedrick D. Forrest
        State Bar Number 24100188
        service@cdforrestlaw.com
        100 Glenborough Dr., Suite 422
        Houston, Texas 77060
        Telephone (832) 945-1900
        Facsimile (713) 583-1202

        **ATTORNEYS FOR PLAINTIFF**

**THE HUDGINS LAW FIRM**
**A PROFESSIONAL CORPORATION**

By: */s/ Steven F. Hudgins*_____
Steven F. Hudgins
Steven F. Hudgins
State Bar Number 00793993
shudgins@hudgins-law.com
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile (713) 623-2793

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      Pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, United States District Court, Eastern District of Texas, I certify that service of Joint Notice of Settlement on known Filing Users will be automatically accomplished through the Notice of Electronic Filing on the 6th of November 2024.

                                                    /s/ *Steven F. Hudgins*  
                                                    Steven F. Hudgins