# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL INSTITUTE OF AESTHETIC ARTS & BEAUTY, LLC | § § § § | CIVIL ACTION NO. 4:23−cv−00841-ALM |
| Plaintiff, | § § | |
| v. | § § | On removal from the County Civil Court at Law No. 6 of |
| MIDVALE INDEMNITY COMPANY AND GALLAGER BASSET SERVICE INC | § § § § | Collin County, Texas Cause No. 006-00090-2023 |
| Defendant. | § § | |

## **MOTION TO DISMISS**

COMES NOW, INTERNATIONAL INSTITUTE OF AESTHETIC ARTS & BEAUTY, LLC, Plaintiff, in the above entitled and numbered cause by and through its attorney of record, and files this Motion to Dismiss this cause with prejudice as to the Defendant, MIDVALE INDEMNITY COMPANY, and would respectfully show unto the Court that all matters in controversy have been compromised and settled between the Plaintiff and Defendant, MIDVALE INDEMNITY COMPANY.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the above entitled and numbered cause be dismissed with prejudice to its right to ever reassert the claims and causes of action asserted therein as to the Defendant, MIDVALE INDEMNITY COMPANY.

        Respectfully submitted,

        **THE CEDRICK D. FORREST LAW FIRM**

By:    */S/ Cedric D. Forrest*_____
        Cedrick D. Forrest
        Texas State Bar No. 24100188
        service@cdforrestlaw.com
        100 Glenborough Dr., Suite 422
        Houston, Texas 77060
        Telephone (832) 945-1900
        Facsimile (713) 583-1202

        **ATTORNEYS FOR PLAINTIFF**

APPROVED AS TO FORM
AND SUBSTANCE:

**THE HUDGINS LAW FIRM, P.C.**

By: */S/ Steven F. Hudgins*_____
Steven F. Hudgins
Attorney in Charge
Texas State Bar No. 00793993
Southern District of Texas Bar No. 19623
shudgins@hudgins-law.com
Kevin Orr
Texas State Bar No. 24111043
Southern District of Texas Bar No. 3845600
korr@hudgins-law.com
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone:  (713) 623-2550
Facsimile:   (713) 623-2793

**ATTORNEYS FOR DEFENDANT
MIDVALE INDEMNITY COMPANY**