**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL INSTITUTE OF AESTHETIC ARTS & BEAUTY, LLC | § § § § | CIVIL ACTION NO. 4:23−cv−00841-ALM |
| Plaintiff, | § § | |
| v. | § § § | On removal from the County Civil Court at Law No. 6 of |
| MIDVALE INDEMNITY COMPANY AND GALLAGER BASSET SERVICE INC | § § § § | Collin County, Texas Cause No. 006-00090-2023 |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Motion to Dismiss the above-entitled and -numbered cause with prejudice as to the Defendant, MIDVALE INDEMNITY COMPANY. The Court, having considered the Motion, is of the opinion that the Motion should be, and hereby is, GRANTED.

It is therefore ORDERED that the above-entitled and -numbered cause is hereby dismissed with prejudice to the right of Plaintiff, INTERNATIONAL INSTITUTE OF AESTHETIC ARTS & BEAUTY, LLC, to ever reassert the claims and cause of action asserted therein as to the Defendant, MIDVALE INDEMNITY COMPANY. Costs of court are taxed against the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this 28th day of January, 2025.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE